**No. 11-5138. Stacy Partin, Petitioner v. Tom Simpson, Warden.**

565 U.S. 891, 132 S. Ct. 273, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5710.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5139. Darrell Nelson, Petitioner v. United States.**

565 U.S. 891, 132 S. Ct. 273, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5703,

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 11-5140. Deldrick Suggs, Petitioner v. United States.**

565 U.S. 891, 132 S. Ct. 273, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5221.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 423 Fed. Appx. 501.

**No. 11-5142. Michael Chaney, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 273, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5363.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 421 Fed. Appx. 394.

**No. 11-5143. Freeman Wray, Petitioner v. Cecilia R. Reynolds, Warden.**

565 U.S. 892, 132 S. Ct. 274, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5781,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 983.

**No. 11-5145. Jermaine Lenard Moss, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 274, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5495.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5147. Charazz Kevin Moran, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 274, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5716.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 421 Fed. Appx. 300.

**No. 11-5148. Dennis John Campbell, Petitioner v. Social Security Administration.**

565 U.S. 892, 132 S. Ct. 274, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5619.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 446 Fed. Appx. 477.